UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RICHARD ANTHONY** | : | **CIVIL ACTION NO. 2:21-cv-1251** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **AUNDRA THOMAS, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that claims against Aundra Thomas be **DISMISSED** for failing to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that claims against Office Paige Lemieux be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

**THUS DONE AND SIGNED** in Chambers on the 30th day of June, 2023.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**